

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00327-CV

| | | |
|---|---|---|
| In the Interest of P.S. and C.S., Children | § | From the 323rd District Court |
| | § | of Tarrant County (323-100795-14) |
| | § | November 3, 2016 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM